UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

NINETTE ISRANI,                                              :

                  Plaintiff,                           :

       - against -                                         :

WELLS FARGO, N.A., AND WELLS                                 :
FARGO & CO.,                                                 :

            Defendants.                              :

-------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: _07/17/2024_

24-CV-1471 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The stay of this case pending mediation lifted on July 9, 2024. Accordingly, by July 24, 2024, the parties shall file a joint status report and indicate if the case should be transferred to the District of New Jersey at this juncture, in which event the parties shall file a joint motion to transfer.

               SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 17, 2024
      New York, New York

Copies transmitted this date to all counsel of record.