

**Littler Mendelson, P.C.**
One Newark Center
8th Floor
Newark, NJ  07102


Lauren Jill Marcus
973.848.4707 direct
973.848.4700 main
973.556.1533 fax
lmarcus@littler.com

July 26, 2024

**VIA ECF**

Judge Lehrburger
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, NY  10007

**Re:**   *Ninette Israni v. Wells Fargo, N.A. and Wells Fargo & Co.*
          Case No.  1:24-cv-01471

Dear Judge Lehrburger:

As you are aware, this Firm represents Defendants[1] Wells Fargo, N.A. and Wells Fargo & Co. ("Wells Fargo") in the above-referenced matter.   We write on behalf of all parties in this matter to inform the Court that the parties were able to reach a settlement in this matter.  Accordingly, the parties will not be filing a Joint Motion to Transfer Venue at this time, and we respectfully request that the Court enter a 60-day termination order to afford the parties time to formalize settlement.

We appreciate the Court's attention to and courtesies in this matter.


Respectfully submitted,

*/s/ Lauren Jill Marcus*

Lauren Jill Marcus

cc:      All Attorneys of Record (via ECF)

---

[1] Without admitting liability to any wrongdoing, the properly named defendant is Wells Fargo Bank, N.A. (Plaintiff's employer). Wells Fargo & Co. did not employ Plaintiff.

littler.com