UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NINETTE ISRANI,

                    Plaintiff,

          -v-

WELLS FARGO, N.A., *et al*.,

                    Defendants.

24-CV-1471 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties have reached a settlement in principle of

this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and

subject to restoring the action to the Court's calendar, provided the application to restore the

action is made within sixty days.

All filing deadlines and conference dates are adjourned *sine die*.

SO ORDERED.

Dated: July 29, 2024
       New York, New York

_____
           J. PAUL OETKEN
       United States District Judge